

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2020

No. 04-19-00891-CV

**WEBB COUNTY**,
Appellant

v.

Juan C. Garcia **LINO**, Individually and as Representative of the Estates of Suleika R. Fonseca Saldivar, Deceased, and Alessandra Juliette Garcia, Deceased,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2017CVA000356D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

Appellees' brief was due on March 17, 2020 and was timely filed that day. On March 18, 2020, appellees filed an unopposed motion to extend their briefing deadline until March 23, 2020. Because appellees timely filed their brief, their motion to extend the briefing deadline is **DENIED AS MOOT**.

It is so **ORDERED** on March 19, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz
Clerk of Cour